United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORLANDO SANCHEZ DE TAGLE,

Plaintiff,

v.

COMCAST CORP.,

Defendant.

Case No. 26-cv-04031-PCP

**ORDER DISMISSING ACTION WITHOUT PREJUDICE; DENYING MOTION FOR PRELIMINARY AND PERMANENT INJUNCTIONS**

Re: Dkt. Nos. 4, 11

Having reviewed Chief Magistrate Judge Cousins's Report and Recommendation, this Court finds that the Report and Recommendation is well founded in law and consistent with this Court's own view of the Record. It is hereby ordered that the Report and Recommendation is incorporated by reference and adopted in its entirety. *See* Dkt. No. 11. Accordingly, the Court orders this case dismissed without prejudice for Mr. de Tagle's failure to prosecute and failure to comply with the Court's deadlines. The Court also denies Mr. de Tagle's motion for preliminary and permanent injunctions, Dkt. No. 4, which is based on an implausible complaint.

**IT IS SO ORDERED.**

Dated: September 14, 2026

P. Casey Pitts
United States District Judge